```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 07-cr-054-PB

**Walter Nichols**


**O R D E R**


    The defendant, through counsel, has moved to continue the September 5, 2007 trial in the above case, citing the need for additional time to complete a domestic violence group counseling program in which he has been participating and to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 5, 2007 to December 4, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The August 27, 2007 final pretrial conference is continued to November 19, 2007 at 4:00 p.m.

No further continuances.

SO ORDERED.

                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

August 14, 2007

cc:   Jeffrey S. Levin, Esq.
      Peter Papps, AUSA
      United States Probation
      United States Marshal